IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **FLORENCE R. PARKER CHAILLA,** | ) |
| **Plaintiff,** | ) ) ) ) ) |
| v. | ) CIVIL ACTION NO. 5:23-cv-203 (MTT) |
| **DEPARTMENT OF HEALTH AND HUMAN SERVICES,** | ) ) ) ) ) |
| **Defendant.** | ) ) ) |

## ORDER

On June 7, 2023, Pro se Plaintiff Florence R. Parker Chailla moved the Court to proceed *in forma pauperis* in this action. Doc. 1. Chailla did not file a complaint. Accordingly, even if the motion was granted, the Court could not conduct a frivolity review pursuant to 28 U.S.C. § 1915(e)(2)(B). Thus, the Court denied the motion on August 9, 2023. Doc. 2. If Chailla wished to refile, she was ordered to do so by August 28, 2023. *Id.* She did not. On September 5, 2023, Chailla was ordered to show cause within fourteen days why this case should not be dismissed and was warned failure to timely comply could result in the dismissal of this action. Doc. 3. Fourteen days have passed, and Chailla has failed to file anything in this action, including a complaint. Due to her failure to comply with the Court's Orders, this case is **DISMISSED** without prejudice. *See Magluta v. Samples*, 162 F.3d 662, 664 (11th Cir. 1998) (recognizing the authority of a district court to manage its own docket and to dismiss a complaint for failure to abide by its orders).

-2-

**SO ORDERED**, this 27th day of September, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
