IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| FLORENCE R. PARKER CHAILLA, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-203-MTT |
| | * |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES , | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 27, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 28th day of September, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk